UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
March 15, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| I.T. Productions, LLC, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-17-597 |
| Does 1–10, | § § § | |
| Defendants. | § | |

## Subscriber-Identity Subpoenas

1. I.T. Productions, LLC, may subpoena AT&T for the identities of subscribers by their IP addresses.

2. By March 17, 2017, I.T. Productions must amend the complaint to identify the defendants by the last five digits of their IP addresses. It may not sue Does.

Signed on March 15, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge