

United States Courts
Southern District of Texas
FILED

JUN 1 6 2017

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| I.T. Productions, LLC, | § § § § § | |
| *Plaintiff,* | | |
| v. | § § | Case No.  4:17-cv-00597<br>Jury |
| Subscriber-44142, et al., | § § § | |
| *Defendants.* | | |

## Defendant's FRCP 26(a) DISCLOSURES

Defendant hereby discloses the following items pursuant to Rule 26(a) of the Federal Rules of Civil Procedure. Plaintiff reserves the right to supplement these disclosures and agrees to do so in good faith as may be proper.

**FRCP 26(a)(1)(A)(i)** the name and, if known, the address and telephone number of each individual likely to have discoverable information — along with the subjects of that information — that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

1

## AT&T

AT&T is the ISP used by defendant and has relevant information related to defendant's IP address, defendant's contacts with the ISP and defendant's Internet usage, and services provided.

Address:   AT&T National Compliance Centre
           11760 US Highway One
           Mailstop: Suite 600
           North Palm Beach, FL 33408

Tel:       800-635-6840

## AT&T Support Plus

Tel: (866) 294-3464

AT&T ConnecTech is a computer and network support service and has relevant information related to computer services preformed defendant's contacts with ConnecTech.

AT&T Support Plus Experts Provide:

• Immediate technical support online chat with a Support Plus expert
• Assist with set up and secure configuration of home networks and wireless routers
• Install and configure new standard software applications and hardware
• Assist with data recovery software and off site recovery/forensic testing through partnership.
• On- site and Remote Support options
• configure anti-virus/anti-malware/Internet Security software and other services.

2

Dated: June 16, 2017

respectfully submitted,
Jeanette Cohen Pro Se
8118 Malago Point Dr Cypress, TX 77433

Tel: 713 583-0664
jeanettecohen1969@att.net
JeroldCohen@att.net

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing has been served on June 16, 2017 as follows:

**VIA EMAIL**: FISCHMAN LAW PLLC
710 N. Post Oak Rd. Suite 105
Houston, TX 77024–3808
Tel: 713.900.4924
fischman@fischmaniplaw.com

3