IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| I.T. Productions, LLC, | § § § § | |
| *Plaintiff,* | § | |
| v. | § | Case No.   4:17-cv-00597 |
| Subscriber-32477, | § § § | Jury |
| *Defendant.* | § § § | |

NOTICE OF SETTLEMENT

In accordance with LR 16.3, the undersigned wishes to notify the Court that the parties believe they have reached a resolution and Plaintiff anticipates filing a Notice of Dismissal in the near future.

    Respectfully submitted,
    s/ Gary J. Fischman
    Gary J. Fischman – Attorney in Charge
      Tex. State Bar No. 787469
      S.D. Tex. Bar No. 17126
    FISCHMAN LAW PLLC
      710 N. Post Oak Rd. Suite 105
      Houston, TX 77024–3808
      Tel: 713.900.4924
      fischman@fischmaniplaw.com
    Attorney for IT Productions, LLC

## CERTIFICATE OF SERVICE

The foregoing has been sent via email on July 17, 2017 as follows:

jeanettecohen1969@att.net; and

jeroldcohen@att.net

Dated:        July 17, 2017                <u>s/Gary J. Fischman/</u>
                                           Gary J. Fischman