| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
July 17, 2017
David J. Bradley, Clerk

IT Productions §
§
versus §  Civil Action 4: 17-597
§
Subscriber 44142, et al §

## Conference Memorandum

Counsel: Gary Fischman                    Representing: P - IT

Janette Cohen
Gerald Cohen                              3 D. Pro Se


Date: ~~10-50~~ 7/17/17                   Reporter: Slavin

Started: 10:50                            Ended: 12:00

At the conference, these rulings were made:

_____

☒ Order to be entered.
☐ A pretrial conference is set for: _____ on _____, 2017.
☐ A hearing is set for: _____ on _____, 2017.
☐ Trial preparation to be completed by: _____, 2017.
☐ A trial is set for: _____ on _____, 2017.
   ☐ Bench    ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 2017.
☒ Internal review deadline         August 7, 2017.

Lynn N. Hughes
United States District Judge