UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 17, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| I.T. Productions, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-17-597 |
| | § | |
| Subscriber-44142, et al., | § | |
| | § | |
| Defendants. | § | |

# Order

1. The parties will talk.

2. If the parties do not settle, I.T. Productions must move by July 25, 2017.

3. By August 1, 2017, Jeanette Cohen must respond.

Signed on July 17, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge